# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LEE BATHEN,<br><br>                        Petitioner,<br>v.<br>KATHLEEN ALLISON, et al.,<br><br>                        Respondents. | Case No.: 20-cv-2063-MMA (MSB)<br>**ORDER LIFTING STAY**<br>[Doc. No. 9] |

On February 10, 2021, the Court issued an order granting Petitioner's motion to stay this action and hold it in abeyance pursuant to *Rhines v. Webber*, 544 U.S. 269 (2005). *See* Doc. No. 9. According to Petitioner's May 24, 2021 status report, the California Supreme Court has denied his petition. *See* Doc. No. 10. He is not challenging that ruling via petition for writ of certiorari in the United States Supreme Court. *See id.* Accordingly, Petitioner has exhausted his pending state court claims.

The Court treats Petitioner's status report as a motion to lift the stay. Having received no opposition, good cause appearing, the Court **GRANTS** the request and **LIFTS** the stay. All further matters in this habeas action remain referred to the assigned

magistrate judge who will issue a scheduling order in due course.

**IT IS SO ORDERED.**

Dated:  May 26, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge